UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No.: 06-____ |
| v. : | |
| : | VIOLATION: |
| **DIANE KIM,** : | 18 U.S.C. 666(a)(1)(A) |
| : | (Obtaining funds by theft from |
| **Defendant.** : | program receiving federal funds) |

**INFORMATION**

The United States Attorney charges:

COUNT ONE

A.  Introduction

1. During all times relevant to this Information, defendant DIANE KIM was employed as a National Indian Health Board employee, that is, as a part-time bookkeeper. As part of her duties, defendant KIM collected invoices, and organized the bank statements and all documents related to accounting.

2. During all times relevant to this Information, the National Indian Health Board received benefits in excess of $10,000 per year from grant money received from the Department of Health and Human Services, an agency of the United States government.

B.  Theft

3. From about August of 2005 until about November of 2005, in the District of Columbia and elsewhere, defendant KIM, who was an employee of the National Indian Health Board, obtained through theft property worth at least $5,000 that was owned by and under the care, custody and control of the National Indian Health Board, that is, United States currency in the amount of approximately $37,388.98.

(<u>Obtaining Funds by Theft from Program Receiving Federal Funds</u>, in violation of Title 18, United States Code, Sections 666(a)(1)(A)).

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar # 451058


By:     _____
        ALEXANDER SHAWE
        Assistant United States Attorney
        Federal Major Crimes Section
        D.C. Bar No. 472492
        555 4th Street, N.W., Room 4329
        Washington, D.C.  20530
        (202) 514-9519
        Alexander.Shawe@usdoj.gov