UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| Vs. | :    06 CR 203 (RCL) |
| **DIANE KIM** | : |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of James Benny Jones on behalf of Defendant Diane Kim in the above-entitled matter.

                                                Respectfully submitted,

                                                James Benny Jones, Jr.

                                                Bar No. 345322
                                                616 E Street, NW
                                                Suite 1149
                                                Washington, DC  20004
                                                (202) 371-5100
                                                (202) 371-0112 FAX