AO 455 (Rev. 5/85)   Waiver of Indictment

**FILED**
JUL 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
DISTRICT OF _Columbia_

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| V. | |
| Diane Kim | CASE NUMBER: 06-203 |

I, _Diane Kim_, the above named defendant, who is accused of

_Obtaining Funds by theft From program receiving Federal Funds_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Tuesday, July 18, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Royce C. Lamberth_
Judicial Officer