IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: Cr. 06-203 |
| v. | : | **FILED** |
| DIANE KIM, | : | JUL 18 2006 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. | : | U.S. DISTRICT COURT |

Let this be filed
Royce C. Lamberth
U.S.D.J  7/18/06

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Diane Kim, with the concurrence of her attorney, James Benny Jones, agree and stipulate as follows:

Defendant Kim is charged by Information with one count of Obtaining Funds by Theft From Program Receiving Federal Funds, pursuant to Title 18, United States Code, Section 666(a)(1)(A).

At all relevant times, defendant Kim was a part-time bookkeeper for the National Indian Health Board. She was hired in June of 2005. Defendant Kim's included collecting invoices and organizing the bank statements and all documents related to accounting. During the time that defendant Kim worked at the organization, the National Indian Health Board received at least $10,000 per year from the Department of Health and Human Services, an agency of the United States government.

Starting in August of 2005, defendant Kim began to steal company checks, and make them payable to herself, in part by forging the signature of the director of the organization. She would then deposit the checks into her personal account while hiding the bank statements in an effort to conceal her actions. Defendant Kim's criminal conduct continued until November 2005 and consisted of her stealing eleven checks, totaling $37,388.98.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: /s/
ALEXANDER SHAWE
Assistant United States Attorney
D.C. Bar No. 472492
555 4th Street, N.W., Room 4329
Washington, D.C. 20530
(202) 514-9519
Alexander.Shawe@usdoj.gov

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, James Benny Jones, I agree and stipulate to this Statement of Offense.

Date: July 19, 2006

Ms. Diane Kim
Defendant

I have discussed this Statement of Offense with my client, Ms. Diane Kim. I concur with her decision to stipulate to this Statement of Offense.

Date: 7/18/06

James Benny Jones, Esquire
Attorney for Defendant Diane Kim