UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal Case No. 06-203 (RCL) |
| DIANE KIM : | |
| **Defendant.** : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case.

1. Pursuant to a plea agreement, defendant pled guilty on July 18, 2006, to one count of Obtaining Funds by Theft From Program Receiving Federal Funds, in violation of 18 USC § 666(a)(1)(A). In so doing, defendant acknowledged accountability for theft of $37,388.98 from the National Indian Health Board ("NIHB").

2. The charges and subsequent conviction arose from the following facts and conduct:

Defendant was a part-time bookkeeper for NIHB, having been hired in June of 2005. Defendant's responsibilities included collecting invoices and organizing the bank statements and all documents related to accounting. During the time that defendant worked at NIHB, it received at least $10,000 per year from the Department of Health and Human Services, an agency of the United States government.

Starting in August of 2005, defendant began to steal company checks and make them payable to herself, in part by forging the signature of the director of the organization. She would then deposit the checks into her personal account while hiding the bank statements in an effort to conceal her

actions. Defendant's criminal conduct continued until November 2005 and consisted of her stealing eleven checks, totaling $37,388.98.[1]

3. Based upon a total offense level of 10 and a criminal history category of I, the guideline range for imprisonment is **6 to 12 months**. However, as set forth in the United States Probation Presentence Investigation Report, defendant is eligible for probation upon the Court imposing certain conditions. See U.S.S.G. § 5B1.1(a)(2) and §5C1.1(c)(3) and (e).

4. The defendant is thirty-nine years-old, with one misdemeanor adult criminal conviction arising from her failure to appear for a court appearance in Fairfax County General District Court.

5. Because of defendant's early, pre-indictment acceptance of responsibility, her lack of criminal history, her agreement to make full restitution to NIHB, and the terms set out in the plea agreement, the government respectfully requests that this Court sentence defendant to the lowest end of the Sentencing Guidelines range and order defendant to make full restitution to NIHB.[2]

---

[1] The government respectfully urges the Court to consider the loss amount submitted to the United States Probation Office by the executive director of NIHB in a signed "Declaration of Victim Losses". That submission takes into account interest on the losses suffered by NIHB and concludes that the total loss amount is $40, 827.42.

[2] The government agreed in the plea agreement not to oppose a probationary sentence upon defendant satisfying certain conditions.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY


        _____
        ALEXANDER SHAWE
        ASSISTANT UNITED STATES ATTORNEY
        D.C. BAR NO. 472-492
        FEDERAL MAJOR CRIMES SECTION
        (202) 514-9519


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that an electronic copy of the foregoing government's Memorandum in Aid of Sentencing was served on counsel for the defendant, James Benny Jones, Esquire, this 19th day of October, 2006.


        _____
        ALEXANDER P. SHAWE
        ASSISTANT   UNITED   STATES   ATTORNEY

-3-