UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-203 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| **DIANE KIM,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Anthony Alexis, at telephone number (202) 514-9416 and/or email address Anthony.M.Alexis@usdoj.gov . Anthony Alexis will substitute for Assistant United States Attorney Alex Shawe as counsel for the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

    _____
    ANTHONY ALEXIS
    Assistant United States Attorney
    Federal Major Crimes Section,
    Bar No. DC 384-545
    555 4th Street, NW, Room 4826
    Washington, DC 20530
    (202) 514-9416
    Anthony.M.Alexis@usdoj.gov