AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

DISTRICT OF __Columbia__

UNITED STATES OF AMERICA
V.
Diane Kim

WAIVER OF INDICTMENT

CASE NUMBER: CR 06-203

I, __Diane Kim__, the above named defendant, who is accused of

__18 USC 666(a)(1)(A), Converts To own use Property of Another; Obtaining Funds by Theft From Receiving Funds__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __November 17, 2006__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

**FILED**

NOV 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer